# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Robert W. Sayman, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00005-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Hutchens Law Firm, LP | ) | |
| Goddard & Peterson, PLLC | | |
| Jay Bray | | |
| Nationstar Mortgage LLC | | |
| Substitute Trustee Services, Inc. | | |
| Lisa Plants, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2016 Order.

January 26, 2016

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court